# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                     Plaintiff,<br><br>v.<br><br>KABBAGE, INC.,<br><br>                     Defendant. | Case No.: 19cv994-LAB (WVG)<br><br>**ORDER OF DISMISSAL** |

The parties have filed a joint notice of dismissal. (Docket no. 5.) Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The Court does not retain jurisdiction to interpret or enforce the parties' settlement agreement.

**IT IS SO ORDERED**.

Dated: June 24, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge